IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANNISE V. MARTIN,<br>        Plaintiff,<br><br>v.<br><br>EXELON CORPORATION, formerly<br>known as "PECO ENERGY COMPANY,"<br>        Defendant. | CIVIL ACTION<br><br><br><br>NO.  14-5749 |

## O R D E R

**AND NOW**, this 9th day of February, 2016, upon consideration of defendant's Motion for Summary Judgment (Doc. No. 12, filed December 18, 2015), plaintiff's Response to Defendant's Motion for Summary Judgment (Doc. No. 16, filed January 20, 2016), and plaintiff's Reply Memorandum in Support of Defendant PECO Energy Company's Motion for Summary Judgment (Doc. No. 19, filed February 1, 2016), for the reasons set forth in the accompanying Memorandum dated February 9, 2016, **IT IS ORDERED** that defendant's Motion for Summary Judgment is **DENIED.**

**IT IS FURTHER ORDERED** that, on or before March 9, 2016, counsel shall jointly report to the Court (letter to Chambers, Room 12613) with respect to whether the case is settled. In the event the case is not settled on or before March 9, 2016, counsel shall include in their joint report a statement as to whether they believe a settlement conference before a magistrate judge or mediation under Local Civil Rule 53.3 and the Mediation Protocol Under Local Civil Rule 53.3 might be of assistance in resolving the case and, if so, on what form of alternate dispute resolution they agree and by what date they will be prepared to begin such proceedings. If the parties agree on alternative dispute resolution and deem it appropriate to suspend further

proceedings under the current Scheduling Order until the question of settlement is fully explored, they should request a *vacatur* of the current Scheduling Order in their joint report.

                                                      **BY THE COURT:**

                                                      /s/ **Hon. Jan E. DuBois**

                                                         **DuBOIS, JAN E., J.**